DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FAITH B. ANGRAM,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D2025-2485 and 4D2025-2486

[July 29, 2026]

Consolidated appeals from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Ira Suskauer, Judge; L.T. Case Nos. 502023CF009437AXXXWB and 502023CF009438AXXXWB.

Daniel Eisinger, Public Defender, and Benjamin Nathaniel Paley, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Zi Jin Peter Chan, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Rodriguez v. State*, 299 So. 3d 555, 557 (Fla. 5th DCA 2020) ("[E]ven if the trial court had separately erred in finding no legal basis to depart under section 921.0026(2)(j)," because the trial court "determined that this was not a case where it *should* depart (step 2), ... such error would be harmless."); *Borbon v. State,* 367 So. 3d 536 (Fla. 4th DCA 2023).

CONNER, KLINGENSMITH, JJ., and SCHWAB, CHARLES, Associate Judge, concur.

*       *       *

***Not final until disposition of timely-filed motion for rehearing.***